*Order Filed on 9/24/2013 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Morgan Industries Corporation | Case No.: 12-21156<br><br>Hearing Date: 10/28/13 11:00 a.m.<br><br>Judge: Michael B. Kaplan |

## ORDER TO SHOW CAUSE
## FOR DISMISSAL OR CONVERSION
## IN A CHAPTER 11 CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 9/24/2013**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

SO1

**(Page 2)**

| | |
|---|---|
| Debtor: | Morgan Industries Corporation |
| Case No.: | 12-21156 |
| Caption of Order: | ORDER TO SHOW CAUSE FOR DISMISSAL OR CONVERSION IN A CHAPTER 11 CASE |

The court having noted the apparent inactivity of this case, it is

ORDERED that all parties in interest shall show cause on __October 28, 2013__ at __11:00 a__.m, in the United States Bankruptcy Court, __Trenton__, New Jersey, Courtroom number __8__, before the Honorable __Michael B. Kaplan__ why this case should not be dismissed or converted to Chapter 7.

It is further ORDERED that any opposing papers shall be filed not less than seven (7) days before the hearing date.

Pursuant to Fed. R. Bankr. P. 2002(a)(4), the Clerk shall provide all parties in interest with notification of this hearing not less than twenty (20) days prior to the date set forth above.

*Approved by Judge Michael Kaplan  September 24, 2013*