UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

| | |
|---|---|
| In Re: | Case No.: 12-21156 (MBK) |
| MORGAN INDUSTRIES CORPORATION, | Judge: Michael B. Kaplan, U.S.B.J. |
| | Chapter: 7 |

Order Filed on 12/13/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Local Form:    ☒ Followed    ☐ Modified

CORRECTED

## ORDER AUTHORIZING RETENTION OF COUNSEL TO TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: 12/13/2013**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Morgan Industries Corporation

Case No.: 12-21156 (MBK)

Applicant: Karen E. Bezner, Trustee

(check all that apply) ☒ Trustee: ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Karen E. Bezner, Esq.

Address of Professional: 567 Park Avenue, Suite 103

Scotch Plains, New Jersey 07076

☒ Attorney for (check all that apply):
  ☒ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

*Approved by Judge Michael Kaplan December 13, 2013*

2.  Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.  The effective date of the retention is the date the application was filed with the Court.

3

*Approved by Judge Michael Kaplan  December  13, 2013*